UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO._____ |
| | : | GRAND JURY ORIGINAL |
| v. | : | |
| | : | |
| **MEHRZAD ARBANE,** | : | VIOLATIONS: |
| | : | |
| Defendant. | : | 21 U.S.C. §963 |
| | : | 21 U.S.C. §959 |
| | : | (Conspiracy to Manufacture and Distribute |
| | : | Five Kilograms or More of Cocaine |
| | : | Intending and Knowing that the Cocaine |
| | : | Will Be Unlawfully Imported into the |
| | : | United States) |
| | : | |
| | : | 21 U.S.C. §959 |
| | : | (Manufacture and Distribution of Five |
| | : | Kilograms or more of Cocaine for the |
| | : | Purpose of Unlawful Importation into the |
| | : | United States) |
| | : | |
| | : | 18 U.S.C. § 2 |
| | : | (Aiding and Abetting) |
| | : | |
| | : | 21 U.S.C. §853 |
| | : | 21 U.S.C. §970 |
| | : | (Forfeiture) |
| | : | |

# INDICTMENT

The Grand Jury charges that:

# COUNT ONE

Beginning in or about September, 1999, and continuing thereafter up to and including

January 8, 2002, the exact dates being unknown to the Grand Jury, in the United States, Ecuador,

and elsewhere, the defendant, **MEHRZAD ARBANE** did unlawfully, knowingly and intentionally combine, conspire, confederate and agree with other persons, known and unknown to the Grand Jury, to knowingly and intentionally manufacture and distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, intending and knowing that such substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959.

All in violation of Title 21, United States Code, Sections 963, 960(b)(1)(B)(ii), and 960(b)(1)G) and Title 18, United States Code, Sections 2 and 3551, et. seq.

## COUNT TWO

On or about January 8, 2002, the defendant, **MEHRZAD ARBANE**, did unlawfully, knowingly and intentionally manufacture and distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, intending and knowing that such substance would be unlawfully imported into the United States.

All in violation of Title 21, Untied States Code, Section 959(a) and Title 18, United States Code, Sections 2 and 3551, et. seq.

## FORFEITURE - 21 USC §853

Upon conviction of the criminal violation alleged in Count One and Count Two of this Indictment, said offense being punishable by imprisonment for more than one year, the defendant, **MEHRZAD ARBANE** shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853 and 970, any and all respective right, title or interest which such defendant may have in (1) any and all money and/or property constituting, or derived from, any proceeds which such defendant obtained, directly or indirectly, as the result of the violations

alleged in Count One and Count Two of this Indictment; and (2) any and all property used, in any manner or part, to commit, or to facilitate the commission of, the violations alleged in Count One and Count Two of this Indictment.

If any of said forfeitable property, as a result of any act or omission of the defendant - -

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the said property. Criminal Forfeiture, in violation of Title 21, United States Code, Sections 853 and 970.

A TRUE BILL:

_____
FOREPERSON

_____
Kenneth Blanco, Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Washington, D.C. 20530

|  |  |
|---|---|
| _____ | _____ |
| Thomas Padden, Principal Deputy Chief | Robert Spelke, Trial Attorney |
| Narcotic and Dangerous Drug Section | Narcotic and Dangerous Drug Section |
| Criminal Division | Criminal Division |
| U.S. Department of Justice | U.S. Department of Justice |
| Washington, D.C. 20530 | Washington, D.C. 20530 |