# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: **06-280** | MAGIS. NO: |
| V.<br><br>MEHRZAD ARBANE | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>MEHRZAD ARBANE<br><br>**FILED**<br>SEP 2 9 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT | |
| DOB:    PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST | |
| TO:   ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO MANUFACTURE AND DISTRIBUTE FIVE KILOGRAMS OR MORE OF COCAINE INTENDING AND KNOWING THAT THE COCAINE WILL BE UNLAWFULLY IMPORTED INTO THE UNITED STATES;

MANUFACTURE AND DISTRIBUTION OF FIVE KILOGRAMS OR MORE OF COCAINE FOR THE PURPOSE OF UNLAWFUL IMPORTATION INTO THE UNITED STATES;

AIDING AND ABETTING;

FORFEITURE

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION:<br><br>21:963 and 959; 21:959; 18:2; and 21:853 and 970 |
|---|---|

| BAIL FIXED BY COURT:<br>**HWOB** | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>**MAGISTRATE JUDGE FACCIOLA** | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE JOHN M. FACCIOLA | DATE ISSUED:<br>September 21, 2006 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>9/21/06 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 9/29/06  Exec. | NAME AND TITLE OF ARRESTING OFFICER<br>D.L. BALDWIN<br>FB/SDUSM | SIGNATURE OF ARRESTING OFFICER | |
|---|---|---|---|
| HIDTA CASE: Yes  No X | | OCDETF CASE:  Yes  No X | |