UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : Cr. No. 06-280 (ESH) |
| V. | : |
| | : |
| MEHRZAD ARBANE | : |
| | : |

ORDER

    Upon consideration of the Government's Motion to require defendant Mehrzad Arbane to submit a financial disclosure statement to the Court, and the entire record herein, it is this _____ day of _____ ,2006, hereby ORDERED, that the Government's motion is granted and that defendant Mehrzad Arbane shall have \_\_\_ business days in which to complete a CJA Form 23 and submit it to this Court.

 

                                                         ELLEN SEGAL HUVELLE
                                                         U.S. DISTRICT JUDGE