UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : Cr. No. 06-280 (ESH) |
| V. | : |
| MEHRZAD ARBANE | : |
| | : |
| | : |

FILED
OCT 1 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon consideration of the Government's Motion to require defendant Mehrzad Arbane to submit a financial disclosure statement to the Court, and the entire record herein, it is this 15 day of October, 2006, hereby ORDERED, that the Government's motion is granted and that defendant Mehrzad Arbane shall have 10 business days in which to complete a CJA Form 23 and submit it to ~~this Court~~ Magistrate Judge Facciola

Ellen S Huvelle
ELLEN SEGAL HUVELLE
U.S. DISTRICT JUDGE