UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**    : | |
| : | |
| v.    : | Crim. No.  06-280 (ESH) |
| : | |
| **MEHRZAD ARBANE,**    : | |
| : | |
| **Defendant.**    : | |

**UNOPPOSED MOTION FOR TRANSFER OF DEFENDANT
TO THE CORRECTIONAL TREATMENT FACILITY**

Defendant, Mehrzad Arbane, through undersigned counsel, respectfully moves this Court for an order transferring him to the Correctional Treatment Facility.  As grounds, Mr. Arbane states:

On September 29, 2006, Mr. Arbane first appeared before Magistrate Judge Facciola where he was arraigned on the indictment in this case.  On October 4, 2006, Mr. Arbane appeared before Magistrate Deborah Robinson for a detention hearing whereby he conceded to his detention in light of his immigration status.  At this appearance, Mr. Arbane requested that he be held at the Correctional Treatment Facility.  However, Mr. Arbane was not transferred to the Correctional Treatment Facility and has subsequently encountered medical issues that require immediate attention.  In light of these current medical issues, Mr. Arbane respectfully requests that he be transferred to the Correctional Treatment Facility.  Government counsel does not oppose this request.

Wherefore, defendant Mehrzad Arbane requests this Court to order his transfer.

        Respectfully submitted,

        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER


        _____/s/_____
        Danielle C. Jahn
        Assistant Federal Public Defender
        625 Indiana Ave., N.W., Suite 550
        Washington, D.C.  20004
        (202) 208-7500