**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Crim. No.  06-280 (ESH)** |
| | : | |
| **MEHRZAD ARBANE,** | : | |
| | : | |
| **Defendant.** | : | |

_____

_____      **ORDER**

Upon motion of Defendant Mehrzad Arbane, it is hereby ORDERED that

1.  Defendant Arbane should be transported to the Correctional Treatment Facility;

2.  Defendant should not be placed in protective custody, administrative segregation, nor any other segregation; and

3.  Defendant should be placed in general population and held there until his case is completed.

4.  Defendant Arbane's D.C.D.C. number is 312084 and his date of birth is 1/1/58.

SO ORDERED this _____ day of _____, 2006.


_____
THE HONORABLE ELLEN S. HUVELLE
UNITED STATES DISTRICT COURT JUDGE