UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA  : | |
| : | |
| v.  : | Crim. No. 06-280 (ESH) |
| : | |
| MEHRZAD ARBANE,  : | |
| : | **FILED** |
| Defendant.  : | OCT 1 9 2006 |

**ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon motion of Defendant Mehrzad Arbane, it is hereby ORDERED that

1. Defendant Arbane should be transported to the Correctional Treatment Facility;

2. Defendant should not be placed in protective custody, administrative segregation, nor any other segregation; and

3. Defendant should be placed in general population and held there until his case is completed.

4. Defendant Arbane's D.C.D.C. number is 312084 and his date of birth is 1/1/58.

SO ORDERED this __19__ day of __October__, 2006.

_Ellen S. Huvelle_
THE HONORABLE ELLEN S. HUVELLE
UNITED STATES DISTRICT COURT JUDGE