IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
* * *

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **Plaintiff;** | ) |
| | ) |
| v. | ) CR NO 06-280 (ESH) |
| | ) |
| **MERZAD ARBANE,** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to Assistant Federal Public Defender Danielle Jahn, and A.J. Kramer, Federal Public Defender as co-counsel. Please send copies of all notice and inquiries to the attorneys at the address listed.

Respectfully submitted,

"/s/"
A.J. Kramer
Federal Public Defender

Danielle Jahn
Assistant Federal Public Defender
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004
(202) 208-7500