UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Crim. No. 06-280 (ESH) |
| : | |
| **MEHRZAD ARBANE,** : | |
| : | |
| **Defendant.** : | |

### UNOPPOSED MOTION TO CONTINUE MOTIONS SCHEDULE AND MOTIONS HEARING DATE

Defendant, Mehrzad Arbane, through undersigned counsel, respectfully moves this Court to continue the motions schedule in this case and the motions hearing date which is presently scheduled on Tuesday, June 19, 2007 at 11:00 a.m. In support of this motion, counsel states:

On September 21, 2006, a two-count Indictment, in addition to a forfeiture provision was filed in U.S. District Court for the District of Columbia in the above captioned case. Count One charges that beginning in or about September 1999 until January 8, 2002, in the United States, Ecuador, and elsewhere, Mr. Arbane unlawfully, knowingly and intentionally conspired with others to knowingly and intentionally manufacture and distribute five kilograms or more of cocaine, intending and knowing that the cocaine would be unlawfully imported into the United States, in violation of 21 U.S.C. § 959. This charge alleges violations of 21 U.S.C. § 963, 960(b)(1)(B)(ii) and 960(b)(1)(G) and 18 U.S.C. § 2 and 3551 et. seq. Count Two charges that on or about January 8, 2002, Mr. Arbane did unlawfully, knowingly and intentionally manufacture and distribute 5 kilograms or more of cocaine, intending and knowing that such substance would be unlawfully imported into the United States, in violation of 21 U.S.C. § 959(a).

This pending indictment was filed after Mr. Arbane successfully appealed his conviction in U.S. District Court for the Southern District of Florida in Criminal Case, 03-20765. A one-count Indictment, in addition to a forfeiture provision, charged Mr. Arbane from in or about October 2001 continuing through January 8, 2002, in Miami-Dade County, in the Southern District of Florida, and elsewhere, Mr. Arbane knowingly and intentionally conspired with others to import into the United States five or more kilograms of cocaine, in violation of 21 U.S.C. § 952(a), 963 and 960(b)(1)(B). The Eleventh Circuit in <u>Unites States v. Arbane</u>, 446 F.3d 1223 (11th Cir. 2006) held that the evidence was insufficient to show that anyone other than a government informant was involved in the alleged conspiracy and thus reversed the conviction.

In light of the procedural history involving Mr. Arbane, there are significant legal issues regarding the indictment filed in U.S. District Court for the District of Columbia which include, but are not limited to, double jeopardy, statute of limitations, and vindictive prosecution. On February 23, 2007, this Court set a motions schedule for "face of the indictment" motions to be filed on March 26, 2007; responses due April 23, 2007; and replies due May 7, 2007. Due to the complicated legal issues presented, in addition to the workload of defense counsel, a two week extension of the motions schedule is hereby requested.

On the behalf of the Defendant, and in the interest of justice, undersigned counsel requests that the motions schedule and hearing in this matter be continued. Further, the government, per Department of Justice attorney Robert Spelke, does not oppose this request. In addition, undersigned counsel had previously contacted the deputy clerk for this Court to indicate that Mr. Kramer was not available on June 19, 2007, as previously discussed in court on February 23, 2007.

WHEREFORE, counsel for the Defendant respectfully requests that this motion be granted and the motions hearing be re-scheduled for June 11, 2007.

Respectfully submitted,
A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500

3