UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Crim. No. 06-280 (ESH) |
| : | |
| **MEHRZAD ARBANE,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon the unopposed motion of Defendant Mehrzad Arbane for a continuance of the motions deadline and motions hearing, and for good cause shown, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the new due date for motions is Monday, April 9, 2007; it is further

**ORDERED** that responses are due Monday, May 7, 2007; it is further

**ORDERED** that replies are due Monday, May 21, 2007; and it is further

**ORDERED** that the motions hearing is rescheduled for June 11, 2007 at ____:___ a.m./p.m..

THE HONORABLE ELLEN S. HUVELLE
UNITED STATES DISTRICT COURT JUDGE