UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 2 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA :
:
v. : Crim. No. 06-280 (ESH)
:
MEHRZAD ARBANE, :
:
Defendant. :

## ORDER

Upon the unopposed motion of Defendant Mehrzad Arbane for a continuance of the motions deadline and motions hearing, and for good cause shown, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the new due date for motions is Monday, April 9, 2007; it is further

**ORDERED** that responses are due Monday, May 7, 2007; it is further

**ORDERED** that replies are due Monday, May 21, 2007; and it is further

~~ORDERED~~ that the motions hearing is rescheduled for June 26, 2007 at 2:00 a.m./p.m.

Ellen S. Huvelle
THE HONORABLE ELLEN S. HUVELLE
UNITED STATES DISTRICT COURT JUDGE