UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Crim. No. 06-280 (ESH)** |
| : | |
| **MEHRZAD ARBANE,** : | |
| : | |
| **Defendant.** : | |

## **ORDER**

Defendant's motion to dismiss the indictment in this case is granted and the indictment is hereby dismissed.


DATED: _____        _____
                                            THE HONORABLE ELLEN S. HUVELLE
                                            UNITED STATES DISTRICT JUDGE