**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.1:06 cr 00280** |
| | : | |
| **v.** | : | **Judge HUVELLE** |
| | : | |
| | : | |
| **MEHRZAD ARBANE** | : | |

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the Chief of the Narcotic and Dangerous Section of the Criminal Division, informs the Court that the above-captioned matter is assigned to Trial Attorney Carmen D. Colón.  This is also notice of her appearance in this matter on behalf of the United States.


Respectfully submitted,


KENNETH A. BLANCO,
Chief,
Narcotic and Dangerous Drugs Section

/S/
_____
Carmen D. Colón
Trial Attorney
Narcotic and Dangerous Drug Section
1400 New York Avenue NW
Washington, DC 20001
(202) 353-4425; Fax: (202) 305-9825