```
            UNITED STATES DISTRICT COURT
          FOR THE  DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      : Cr. No. 06-280 (ESH)
                              :
     V.                       :
                              :
MEHRZAD ARBANE                :
                              :
     Defendant                :
```

<u>GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
RESPONSE TO MOTION TO DISMISS INDICTMENT</u>

The United States through the undersigned attorney, respectfully states:

The defendant in this case filed a Motion to Dismiss Indictment on April 9, 2007. The Court set May 7, 2007, as the deadline for the United States to respond to defendant's motion. Due to the workload of the attorneys in this case and the complexity of the legal issues presented by the defense in its motion, the United States requests a two week extension of time to file its response, that is until May 21, 2007. Further, the defendant through his attorney Dani Janh, has no objection to an extension of time as long as the motion hearing set for June 26, 2007, remains the same. In addition, the United States has agreed with the defendant's attorney that the new date to file their response will be June 4, 2007.

WHEREFORE, the United States moves this Honorable Court for an extension of time to file a response to the defendant's motion

to dismiss the indictment.

        Respectfully submitted

        Kenneth Blanco, Chief
        Narcotics and Dangerous Drug Section


        /s/
        _____
        Robert Spelke
        Carmen Colón
        Trial Attorney
        Narcotics and Dangerous Drug Section
        U.S. Department of Justice
        1400 New York Avenue, N.W.
        Suite 1100
        Washington, D.C.  20005
        (202) 353-4425