UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 06-280 (ESH) |
| : | |
| MEHRZAD ARBANE, : | |
| : | |
| Defendant. : | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE REPLY MOTION**

Defendant, Mehrzad Arbane, through undersigned counsel, respectfully moves this Court for a four day extension to file its response to the government's opposition to the motion to dismiss the indictment. Currently, the reply motion is due June 4, 2007. In support of this motion, counsel states:

On April 9, 2007, undersigned counsel filed a Motion to Dismiss the Indictment based upon violations of the Double Jeopardy Clause, Collateral Estoppel, Statute of Limitations, and Vindictive Prosecution. On May 21, 2007, the government filed its opposition to the Motion after receiving an unopposed two-week extension. Currently, the defendant's response to the Government's Opposition is due June 4, 2007. However, due to the workload and schedule of the attorneys in this case, undersigned counsel requests a four day extension of time to file its response, that is until Friday, June 8, 2007.

On the behalf of the Defendant, and in the interest of justice, undersigned counsel requests that the reply motion to the government's opposition be extended four days. Further, the government, per Department of Justice attorney Carmen Colon, does not oppose this request.

WHEREFORE, counsel for the Defendant respectfully requests that this motion be granted and that the reply motion be due Friday, June 8, 2007.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
DANI JAHN
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500