## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Crim. No. 06-280 (ESH) |
| : | |
| **MEHRZAD ARBANE,** : | |
| : | |
| **Defendant.** : | |

### ORDER

Upon the unopposed motion of Defendant Mehrzad Arbane for an extension of time to file his response to the Government's Opposition to Dismiss the Indictment, and for good cause shown, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the new due date for the reply motion is Friday, June 8, 2007.


THE HONORABLE ELLEN S. HUVELLE
UNITED STATES DISTRICT COURT JUDGE