UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUN 0 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA       :
                               :
         v.                    :      Crim. No. 06-280 (ESH)
                               :
MEHRZAD ARBANE,                :
                               :
         Defendant.            :

## ORDER

Upon the unopposed motion of Defendant Mehrzad Arbane for an extension of time to file his response to the Government's Opposition to Dismiss the Indictment, and for good cause shown, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the new due date for the reply motion is Friday, June 8, 2007 by 10:00 am.

_____
THE HONORABLE ELLEN S. HUVELLE
UNITED STATES DISTRICT COURT JUDGE

6/4/07