UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Cr. No. 06-280 |
| V. | :       (ESH) |
| MEHRZAD ARBANE, | : |
| DEFENDANT | : |

MOTION TO CONTINUE HEARING ON MOTION TO DISMISS INDICTMENT

The United States of America, by and through the undersigned counsel, respectfully requests that this Court continue the hearing set before this Court on June 26, 2007. As grounds for the motion, the United States submits the following:

1. On February 23, 2007, the Court set a motions schedule for the defendant's Motion to Dismiss Indictment. After several motions to continue, the present date was set for the hearing on the defendant's Motion to Dismiss Indictment.

2. The government has learned that the cooperating witness in this case failed to appear for a scheduled sentencing hearing in Miami, Florida. An arrest warrant was issued for the cooperating witness. The cooperating witness is essential to the government's case against the defendant. At present, the government believes the cooperating witness is in Colombia undergoing medical treatment but does not know his status or his exact whereabouts.

3. Rather than argue the defendant's Motion to Dismiss on June 26, 2007, the government now moves to continue the hearing until July 17, 2007, a period of three weeks, to permit the government to locate the cooperating witness before proceeding with this case.

4. Counsel for the defendant has been contacted and notified of this motion to continue. Counsel noted that the defendant would state his position at the hearing presently scheduled for June 26, 2007.

WHEREFORE, the United States respectfully requests that this Court continue the hearing on defendant's Motion to Dismiss Indictment presently set for June 26, 2007, until July 17, 2007.

Respectfully submitted, this 25th day of June, 2007.

Kenneth Blanco, Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Washington, D.C. 20530

By: /s/*Robert A. Spelke*
Robert A. Spelke
Trial Attorney
(202)353-3807

CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of June 2007, a copy of the foregoing opposition was filed electronically with the Court, which will forward a copy to counsel for the defendant.

*/s/ Robert A. Spelke*
Robert A. Spelke