UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,   :
                            :
                    v.      :        CR. NO. 06-280
MEHRZAD ARBANE,             :           (ESH)
    DEFENDANT               :

### ORDER TO DISMISS INDICTMENT WITHOUT PREJUDICE

This cause comes before the Court on the Government's motion to dismiss the indictment

without prejudice. Considering the grounds raised in said motion, and the Court being otherwise

advised,

**IT IS HEREBY ORDERED** that the Indictment in this case will be dismissed without

prejudice.

6/27/07
DATED

_____
ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE